# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAMES WYMER,**

    Plaintiff,

VS.                                      Case No. 4:16cv153-WS/CAS

**GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, et al.,**

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2.  Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

    Plaintiff's complaint, ECF No. 1, has been reviewed.  Plaintiff names four Defendants in Section II of the complaint form, ECF No. 1 at 2, all of which are employed by Globe Life and Accident Insurance Company.  Plaintiff does not present any factual allegations which state what any named Defendant did or failed to do.  Instead, Plaintiff's complaint

generally alleges a disagreement with the company over insurance premiums and/or payment due on a policy. Plaintiff asserts, without any clear, supporting facts, that the company has committed insurance fraud by contending Plaintiff submitted false information. ECF No. 1 at 3.

Plaintiff's complaint does not allege the violation of any federal constitutional right, nor has Plaintiff alleged that any acts were taken by a "state actor." Thus, the complaint fails to state a claim under 42 U.S.C. § 1983. Additionally, Plaintiff does not allege sufficient facts to show a conspiracy under 18 U.S.C. § 241 because there is no private right of action under that criminal statute. Payne v. Allen, No. 2:08-CV-0296-WKW, 2008 WL 2326327, at *2 (M.D. Ala. June 3, 2008). Because the complaint fails to state a claim and no plausible claims are evident, further leave to amend is not required. This case should be summarily dismissed.[1]

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Judicial notice is taken that Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and one more case on March 25, 2016.

Case No. 4:16cv153-WS/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** as frivolous and because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

    s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.