UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JAMES WYMER,

     Plaintiff,

v.                                     4:16cv153–WS/CAS

GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 4) docketed April 18, 2016. The magistrate judge recommends that the plaintiff's case be dismissed as frivolous and for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

     The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED as frivolous and for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed as frivolous and for failure to state a claim upon which relief may be granted."

DONE AND ORDERED this   19th   day of    May   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE